TEXAS COTTON PRODUCTS CO. v. STARNES. (Circuit Court of Appeals, Fifth Circuit. January 3, 1905.) No. 1,337. Appeal from the Circuit Court of the United States for the Western District of Texas. Eugene Williams, for appellant. T. B. Cochran, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. We find no equity in the complainant's bill. Therefore the decree of the Circuit Court (128 Fed. 183) is affirmed.

---

TSOI YII v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 3, 1904.) No. 1,013. Appeal from the District Court of the United States for the Northern District of California. Charles T. Hughes, for appellant. Marshall B. Woodworth, U. S. Atty. Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM. Upon the authority of the case of Lee Yue v. United States (No. 1,025, just decided) 133 Fed. 45, the judgment is affirmed.

---

UNITED STATES v. BUTT. (Circuit Court of Appeals, Fourth Circuit. July 12, 1904.) No. 539. On Petition for Writ of Error. Reese Blizzard, U. S. Atty. James D. Butt, pro se. No opinion. Writ of error denied. See 126 Fed. 794; 122 Fed. 511.

---

UNITED STATES v. THAYER et al. (Circuit Court of Appeals, Ninth Circuit. October 3, 1904.) No. 1,038. In Error to the Circuit Court of the United States for the Central Division of the District of Idaho. Marsden C. Burch and R. V. Cozier, U. S. Attys. Fremont Wood and W. E. Borah, for defendant in error. Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM. On the authority of the case of United States v. Rossi et al. (No. 1,039, just decided) 133 Fed. 380, the judgment is affirmed.

---

UNITED STATES LIFE INS. CO. v. McMAHON et al. (Circuit Court of Appeals, Fifth Circuit. December 3, 1904.) No. 1,378. In Error to the Circuit Court of the United States for the Eastern District of Texas. Geo. Clark and D. C. Bolinger, for plaintiff in error. Cecil H. Smith, Amos L. Beaty, and R. R. Hazlewood, for defendants in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The merits of this case were fully passed upon at our last term. See 128 Fed. 388. The rulings now complained of seem to be in accord with our views then expressed, and the judgment of the Circuit Court is therefore affirmed.

---

WILSON v. ATLANTIC COAST LINE CO. (Circuit Court of Appeals, Fifth Circuit. November 7, 1904.) No. 1,410. In Error to the Circuit Court of the United States for the Northern District of Georgia. Burton Smith, for plaintiff in error. C. F. du Bignon and Robt. C. Alston, for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and TOULMIN, District Judge.

PER CURIAM. The elaborate opinion of the trial judge, found in the record, satisfactorily disposes of all the points raised in the case, and we notice no error therein. The judgment of the Circuit Court (129 Fed. 774) is affirmed.